# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| LATISHA MINOR, | ) |
| Plaintiff, | ) Case No. 1:25-cv-2216 |
| v. | ) |
| RECKITT US HOLDINGS LLC, | ) |
| Defendant. | ) |

## NOTICE OF PARTIES' FIRST EXTENSION OF TIME

Pursuant to Local Rule 6-1, notice is hereby made to extend the time within which Defendant Mead Johnson & Company, LLC (improperly named as Reckitt US Holdings LLC) may answer, move, or otherwise reply to the Complaint filed by Plaintiff Latisha Minor for twenty-eight (28) days, **to December 19, 2025**, and it is represented that:

(1) This deadline has not been previously extended.

(2) The original deadline to answer, move, or otherwise reply is November 21, 2025; the new deadline is December 19, 2025, an extension of 28 days;

(3) This extension does not interfere with any Case Management Plan, scheduled hearings or trials, or other deadlines set by court order.

(4) Plaintiff's counsel has consented to this extension of time.

Dated: November 21, 2025

**DUANE MORRIS LLP**

*/s Alex W. Karasik*
Alex W. Karasik
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Telephone: 312-499-6766
Fax: 312-284-1064
Email: AWKarasik@duanemorris.com

Michael R. Futterman (*pro hac vice pending*)
**DUANE MORRIS LLP**
200 Campus Drive, Suite 301
Florham Park, NJ 07932
Telephone: 973-424-2082
Fax: 973-718-4592
Email: MRFutterman@duanemorris.com

**CERTIFICATE OF SERVICE**

I, Alex W. Karasik, hereby certify that November 21, 2025, I caused a true and correct copy of the foregoing Notice of Parties' First Extension of Time to be served via the Court's ECF filing system upon the following:

> Stephen Rollins
> Amber Boyd
> **AMBER BOYD LAW**
> 8506 Evergreen Avenue
> Indianapolis, IN 46240
> stephen@amberboydlaw.com
> amber@amberboydlaw.com
>
> *Attorneys for Plaintiff*

*/s Alex W. Karasik*
Alex W. Karasik
